

## ATTORNEY GENERAL OF TEXAS

GREG ABBOTT

May 8, 2009

**VIA REGULAR MAIL**
United States District Court
Southern District of Texas
Houston Division
515 Rusk Street, Room 5300
Houston, TX 77002

Re:  *Wesley Earl Massoth v. Nathaniel Quarterman*
     Civil Action No. H-09-0186

Dear Clerk:

Enclosed please find the State Court Records in the above-referenced cause. Please indicate the date of filing on the enclosed copy of this letter and return it to me in the enclosed postpaid addressed envelope.

Thank you for your kind assistance in this matter.

Sincerely,

/s/ Peter S. McGuire
PETER S. MCGUIRE
Assistant Attorney General
Postconviction Litigation Division
(512) 936-1400

PSM/ga
Enclosures



**UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED**

MAY 1 2 2009

**MICHAEL N. MILBY, CLERK OF COURT**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

Records from another jurisdiction were received and will be maintained in paper by the Clerk.

__X__   State Court Records

_____   Administrative Record from Social Security Administration

_____   Administrative Record from _____

_____   Other records: _____

These records are maintained in __2__ Volumes.

Case Number  4-09cv186